IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

XAVIER HARPER
ADC #164788                                                        PLAINTIFF

v.                       No. 1:19-cv-52-DPM

DELGADO, Corporal; DEPUE,
Corporal; TYSON, Corporal;
and DRUNKNARD, Sergeant,
North Central Unit, ADC                                            DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Harper hasn't filed a complete *in forma pauperis* application or paid the $400 filing and administrative fees; and the time to do so has passed. № 2 & № 5. His complaint and amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2019