IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

XAVIER HARPER                                              PLAINTIFF
ADC #164788

v.                       No. 1:19-cv-52-DPM

DELGADO, Corporal; DEPUE,
Corporal; TYSON, Corporal;
and DRUNKNARD, Sergeant,
North Central Unit, ADC                                    DEFENDANTS

## JUDGMENT

This case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2019